**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                    )
CASSANDRA DUNCAN,                   )
                                    )
         Plaintiff,                 )
                                    )   Civil Action No. 11-1920 (RBW)
    v.                              )
                                    )
JC CHRISTENSEN & ASSOCIATES, et al.,)
                                    )
         Defendants.                )
_____)

## ORDER

On December 1, 2011, the plaintiff in this case filed a notice of settlement. Five days later, on December 6, 2011, the plaintiff filed a notice of voluntary dismissal, in which she indicated that she wished to withdraw her complaint and voluntarily dismiss the action, with prejudice. Accordingly, as the December 6, 2011 notice satisfies Federal Rule of Civil Procedure 41(a)(1)(A)(i), it is hereby

**ORDERED** that this case be **CLOSED**.

**SO ORDERED** this 7th day of December, 2011.


                                        REGGIE B. WALTON
                                        United States District Judge

1